# Sills Cummis & Gross
A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York  10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

**Jonathan L. Goldsmith**
**Associate**
**Admitted In NY**
**Direct Dial:  212-500-1570**
**Email: jgoldsmith@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

March 28, 2024

**By ECF**

The Honorable Jennifer L. Rochon
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

*The request is GRANTED.  The initial pre-trial conference is adjourned from April 10, 2024 to* **May 13, 2024 at 12:30 p.m.**

**SO ORDERED.**

*Dated: March 29, 2024*
*New York, New York*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:     *BCI Brands, LLC v. BloomChic Limited, et al.* (1:24-cv-00036-JLR)

Dear Judge Rochon:

This firm represents Plaintiff BCI Brands, LLC ("BCI") in the above-referenced matter.  Pursuant to Section 1F of Your Honor's Individual Rules of Practice in Civil Cases, we write to respectfully request an adjournment of the Initial Pretrial Conference, which is currently scheduled for April 10, 2024 at 10:30 AM.  Counsel for Defendant BloomChic Limited ("BloomChic) consents to the requested adjournment.  The extension will allow time for the parties to discuss a potential settlement of this matter.

Counsel for both parties have conferred and identified the following mutually agreeable dates for the Initial Pretrial Conference: May 13; May 14; May 15; or May 16.

No previous requests for an adjournment or extension have been made by either party in this action.


We thank the Court for its attention to this request

Respectfully submitted,

/s/ *Jonathan L. Goldsmith*
Jonathan L. Goldsmith, Esq.

cc: All counsel of record